# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JOSEPH RICKER**                                                            **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO.:**
                                                                      **3:09CV00004(GHD)(SAA)**

**RAY SOCKWELL, JR., INDIVIDUALLY AND IN HIS**
**OFFICIAL CAPACITY AS A POLICE OFFICER OF THE**
**CITY OF OXFORD, MISSISSIPPI; SEAN EYLAR,**
**INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS**
**A POLICE OFFICER OF THE CITY OF OXFORD,**
**MISSISSIPPI AND THE CITY OF OXFORD, MISSISSIPPI**          **DEFENDANTS**

## STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 3:09cv00013(MPM)(SAA), against the City of Oxford, Mississippi and Officers Ray Sockwell, Jr. and Sean Eylar, in their official and individual capacities ("Defendants"), may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between Plaintiff Joseph Ricker and Defendants, the City of Oxford, Mississippi and Officers Ray Sockwell, Jr. and Sean Eylar, in their official and individual capacities, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Plaintiff and Defendants further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause against the Defendants with prejudice.

                                                                 Respectfully submitted,

                                                                 /s/ David G. Hill
                                                                 DAVID G. HILL
                                                                 Attorney for Joseph Ricker, Plaintiff

        s/ Gary E. Friedman
        GARY E. FRIEDMAN
        MARK D. FIJMAN
        Attorneys for the City of Oxford, Mississippi and Officers Ray Sockwell, Jr., in Their Official and Individual Capacities, Defendants

PD.1912660.1