IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOSEPH RICKER**                                                                               **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO: 3:09CV00004(GHD)(SAA)**

**RAY SOCKWELL, JR., INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A
POLICE OFFICER OF THE CITY OF OXFORD,
MISSISSIPPI; SEAN EYLAR, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A
POLICE OFFICER OF THE CITY OF OXFORD,
MISSISSIPPI AND THE CITY OF OXFORD, MISSISSIPPI**          **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendants, the City of Oxford, Mississippi and Officers Ray Sockwell, Jr. and Sean Eylar, in their official and individual capacities, are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the _2nd_ day of September, 2009.

_____
SENIOR JUDGE